# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case Number: **7:12-cr-0007**  (HL) |
| | : | |
| **TIMOTHY MCNEAL,** | : | |
| | : | |
| Defendant. | : | |

_____

## ORDER

The trial of this case, presently scheduled to begin July 30 , 2012  in Valdosta,  is hereby continued.  The Pre-Trial Conference, presently scheduled for July 16, 2012, is also continued.   The Court continues this case based on a request by the Defendant's counsel.  Accordingly, the Court finds that the ends of justice served by continuing the case outweigh the best interest of the public and the defendant in a speedy trial, and the period of delay occasioned by this Order shall be excluded from computations of time required by the Speedy Trial Act.  18 U.S.C. § 3161(h)(1)(A) and § 3161(h)(7)(A).

**SO ORDERED**, this the 12th day of July, 2012.

*s/   Hugh Lawson*
**HUGH LAWSON, JUDGE**