# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | Civil Action 7:12-cr-7 (HL) |
| **TIMOTHY McNEAL,** | |
| Defendant. | |

## ORDER

According to the terms of the pretrial order, the parties were ordered to produce a proposed verdict form before the start of trial. The proposed verdict forms for this case, which begins on Monday, have not yet been received. The parties are ordered to produce these forms before 8:00 a.m. on Monday, March 4, 2013.

**SO ORDERED**, this 1st day of March, 2013.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr