IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 7:12-CR-7-001 (LAG) |
| TIMOTHY MCNEAL | |

**ORDER ON SUCCESSIVE OR AMENDED MOTION FOR REDUCTION IN SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A) – COMPASSIONATE RELEASE**

After careful and complete review of the additional information submitted by the defendant; the applicable factors set forth in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission to the extent they are relevant to whether a reduction is warranted (and, if so, the amount of the reduction), this motion is **DENIED.**

According to USSG §1B1.13, only certain circumstances qualify as extraordinary and compelling reasons. The reasons noted by the defendant were considered in this case and the Court determines the reasons provided do not qualify for compassionate release based on policy statements found at USSG §1B1.13. Additionally, considering the factors found at 18 U.S.C. § 3553(a), the Court finds that compassionate release is not warranted on the basis requested. Specifically, the nature and circumstances of the offense of conviction and his significant criminal history do not warrant consideration for compassionate release.

The Court has considered the defendant's motions (CM/ECF. Docs. #171, 173, and 174) and finds his motion failed to show extraordinary or compelling reasons for compassionate release. Accordingly, his motion is **DENIED.**

So ordered this 30th day of October, 2025.



_____
LESLIE A. GARDNER
CHIEF U.S. DISTRICT JUDGE